**STATE of Missouri, Respondent,**

v.

**Zachariah Joel PETERSON, Appellant.**

**No. WD 75193.**

Missouri Court of Appeals,
Western District.

July 30, 2013.

Motion for Rehearing and/or Transfer
to Supreme Court Denied Aug.
27, 2013.

Danil N. McPherson, Jefferson City, MO, for appellant.

Ellen H. Flottman, Columbia, MO, for respondent.

Before Division Four: JAMES E. WELSH, C.J., ALOK AHUJA, J. and JACK R. GRATE, SP. J.

### ORDER

PER CURIAM:

Zachariah Peterson was convicted in the Circuit Court of Boone County of second-degree felony murder and sentenced to thirty years in prison. The conviction resulted from Peterson's involvement in a drug transaction in January 2011. Peterson appeals, claiming that there was insufficient evidence to sustain his conviction, and that he is entitled to a new trial because the trial court erred in instructing the jury. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b)